FILED - GR
June 7, 2013 11:11 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: LEP /____  SCANNED BY: _LEP__/_6/7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Thomas Mitchell Rotta

    Plaintiff(s),        Case No. 1:12-cv-973

v.               Hon. Gordon J. Quist

John E. Shay, et. al.

    Defendant(s).
_____/

## CASE EVALUATION

The evaluation panel ☑ unanimously ☐ non-unanimously finds, inclusive of all attorney fees and costs, in favor of:

Plaintiff in the amount of $15,000.

Although not part of our award, the panel suggests that the parties discuss and attempt to reach agreement on the City's Workplace Safety Policy.

Date: May 6, 2013

_____
Lee T. Silver
Neutral Evaluator/Chairperson

_____
Geoffrey L. Gillis
Plaintiff's Evaluator

_____
Joel E. Krissoff
Defendant's Evaluator

A copy of this CASE EVALUATION AWARD was served on all counsel of record on ___May 6, 2013___.

NOTE: Each party must file with the ADR Administrator a written acceptance or rejection of the panel's evaluation within 28 days after service of the panel's evaluation. If there are separate awards on multiple claims, each party must either accept or reject the evaluation in its entirety as to each opposing party. The failure to file a written acceptance or rejection within 28 days constitutes rejection.

THIS FORM IS NOT TO BE E-FILED



**Silver & Van Essen** P.C.
Litigation & Counseling

300 OTTAWA AVENUE N.W., SUITE 620
GRAND RAPIDS, MICHIGAN 49503
616-988-5600
FAX 616-988-5606

May 7, 2013

Ms. Lauren Packard
ADR Administrator
US District Court
Western District of Michigan
110 Michigan Street N.W.
Grand Rapids, MI  49503

    Re:    <u>Thomas Mitchell Rotta v John E. Shay, et al</u>
            Case Number:    1:12-cv-973

Dear Lauren:

    The case evaluation hearing in the above-referenced matter was held on Monday, May 6, 2013. I have attached the case evaluation award signed by each member of the panel. A copy of the award was given to counsel for both sides immediately following the case evaluation hearing.

    If you have any questions or comments, please do not hesitate to contact me.

                      Very truly yours,

                      SILVER & VAN ESSEN, P.C.

                      Lee T. Silver

LTS:ggp
Enclosure

cc w/o enclosure:
    Mr. J. Nicholas Bostic
    Mr. Allan C. Vander Laan
    Mr. Joel E. Krissoff
    Mr. Geoffrey L. Gillis

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

DATE:   May 9, 2013

TO:   J. Nicholas Bostic
      Allan C. Vander Laan & Andrew James Brege

FROM:   Lauren Packard, ADR Administrator

RE:   Case No.  1:12-cv-00973
      Case Name:  Rotta v. Shay et al
      Judge:  Gordon J. Quist

## CASE EVALUATION

(X)   The Case Evaluation has been received. The twenty-eight (28) day response period expires on June 6, 2013.

(X)   Please indicate your response:

   Plaintiff(s)      (X) Accept(s)         ( ) Reject(s)

   Defendant(s)      ( ) Accept(s)         ( ) Reject(s)

   _____
   Counsel for:  Plaintiff

Pursuant to W.D. Mich. LcivR 16.5, failure of a party to file a response within twenty-eight (28) days constitutes a <u>rejection</u>.

Please forward your response directly to:  U.S. District Court, ADR Dept, 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503.

Enc.
cc:   File

FORM 3 (Rev. 4/20/09)

# BOSTIC & ASSOCIATES
### Attorneys at Law

J. Nicholas Bostic*  
   Senior Litigation Attorney  
Michelle A. Bostic†  
   Associate Attorney

909 N Washington Ave · Lansing MI 48906  
T: 517.706.0132 · F: 517.484.2330  
www.barristerbostic.com

Pamela J. Bostic  
   Legal Secretary  
Danette K. Axel  
   Secretary

---

May 29, 2013

U.S. District Court  
ADR Department  
110 Michigan St NW – Room 399  
Grand Rapids  MI  49503

      RE:    Rotta v. Shay, 1:12-CV-973

Dear Ms. Packard,

Enclosed you will find Plaintiff's acceptance of the case evaluation award in the above captioned matter. Please process this document at your earliest convenience.

Mr. Vander Laan has informed me that he will present the matter to the Ludington City Council on May 29, 2013. If they accept, he and I will immediately begin working on the resolution documents to close out the case.

If you have any questions concerning our acceptance, please feel free to contact me.

Sincerely,

J. Nicholas Bostic  
Attorney at Law

JNB/pjb

Enc.

CC:    Thomas Rotta

---

Admitted to Practice  
All Michigan Courts–state and federal  
†Saginaw-Chippewa Tribal Court of Michigan  
*United States Supreme Court · U.S. Court of Appeals-6th and 9th Circuits



### CUMMINGS·McCLOREY
### CMDA
### DAVIS & ACHO, P.L.C.

ATTORNEYS AND COUNSELORS AT LAW
2851 CHARLEVOIX DRIVE, S.E., SUITE 327 • GRAND RAPIDS, MICHIGAN 49546 • PHONE: (616) 975-7470 • FACSIMILE: (616) 975-7471

Allan C. Vander Laan
avanderlaan@cmda-law.com

May 30, 2013

ADR Clerk
U.S. District Court
Western District of Michigan
Federal Building
110 Michigan, N.W.
Grand Rapids MI  49503

    RE:    Rotta v John E. Shay, et al.
            Court File No  :     1:12-cv-973
            Our File No    :     102112

Dear ADR Clerk:

Defendants, John E. Shay and City of Ludington, accept the Case Evaluation award in the above matter.

Very truly yours,

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

Allan C. Vander Laan

ACV/kjm

Enclosure